**No. 67283.**—Rohner Gehrig & Co., Inc., and Graber Mfg. Co., Inc., et al. *v.* United States, protests 61/17115, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiffs was sustained.